# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JOCELYN OSORIO, an individual,

        Plaintiff,

        v.

BODUM USA, INC., a Delaware corporation, et. al.,

        Defendants.

CASE NO. 2:25-cv-08924-ODW-BFM

Hon. Otis D. Wright, II
Courtroom 5D

Magistrate Judge Brianna Fuller Mircheff
Courtroom 780

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:   March 10  , 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

ORDER RE STIPULATED PROTECTIVE ORDER